No. 514.  ODDIE ET AL. *v.* ROSS GEAR & TOOL CO., INC. C. A. 6th Cir.  Certiorari denied.  *Harold A. Cranefield* and *John A. Fillion* for petitioners.  *Owen J. Neighbours* and *James M. Nicholson* for respondent.

No. 522.  UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA ET AL. *v.* LUTES ET AL. C. A. 10th Cir.  Certiorari denied.  *Peyton Ford* for petitioners.  *Dale M. Stucky* for respondents.

No. 523.  MORGAN ET AL. *v.* UDALL, SECRETARY OF THE INTERIOR, ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Marvin J. Sonosky* and *J. Reuel Armstrong* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *A. Donald Mileur* for Udall, and *Harry M. Edelstein* for Wallis, respondents.

No. 525.  LOEHDE ET UX. *v.* WISCONSIN RIVER POWER CO. ET AL.  C. A. 7th Cir.  Certiorari denied.  *Richard P. Tinkham, Jr.* for petitioners.  *Theo. W. Brazeau* and *Richard S. Brazeau* for respondents.

No. 723, Misc.  PIKE *v.* CALIFORNIA; and
No. 724, Misc.  CENICEROS *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.  *Russell E. Parsons* for petitioners.

No. 99, Misc.  PALUMBO *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.